UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
SEP 0 1 1998
Michael N. Milby
Clerk of Court

MATEA ELIZONDO, Individually and as Next Friend of JOHN DOE, a minor § § §
versus §
§
HARLINGEN CONSOLIDATED ISD, ET AL §

CIVIL ACTION B97-59

## Order Setting Hearing

United States District Court
Southern District of Texas
ENTERED
SEP 0 4 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

1. A hearing will be held before Judge Hilda G. Tagle on: _September 22_, 1998 at _10:30 a_.m.

   Courtroom, Fourth Floor
   United States Court House
   500 East Tenth Street
   Brownsville, Texas  78521.

2. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed on _September 1_, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
mhrgddl.