26

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED
SEP 17 1998
Michael N. Milby, Clerk of Court

Elizondo
versus
Harlinger ISD

§
§
§
§
§
§
§
§

CIVIL ACTION B-97-59

United States District Court
Southern District of Texas
ENTERED
SEP 18 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

## Order Resetting Hearing

The hearing set _____9-22-98_____ has been reset to:

_____9-24-98_____,

at _____2:00_____ p.m.

Signed on _____Sep. 17_____, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge