29

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

Elizondo, et al §
§
versus § Civil Action B-97-59
§
Harlingen Consolidated Independent §
School District, et al §

United States District Court
Southern District of Texas
ENTERED
SEP 3 0 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

## Order of Dismissal

The settlement in this case was read into the record on September 24, 1998, with counsel and the parties present. The Court approved the settlement and awarded attorneys fees.

An agreed final judgment will be submitted no later than Monday, October 5, 1998.

Signed on September 30, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge