31

United States District Court
Southern District of Texas
ENTERED

FEB 0 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

MATEA ELIZONDO, ET AL.             §
                                   §
VS.                                §        C.A. NO. B97-059
                                   §
HARLINGEN CONSOLIDATED             §
INDEPENDENT SCHOOL DISTRICT,       §
ET AL.                             §

## ORDER GRANTING APPLICATION TO PRACTICE PRO HAC VICE

On the ___14___ day of December, 1998, came on to be heard Applicant's, Paul T. Morin's, Application to Practice Pro Hac Vice, as counsel for Plaintiffs for the purposes of facilitating settlement. After considering the motion, the Court is of the opinion that the same should be granted.

IT IS THEREFORE ORDERED that Paul T. Morin's Application to Practice Hac Vice is granted effective April 15, 1998.

SIGNED this ___14___ day of December, 1998.

_____
Honorable Judge Hilda G. Tagle
Judge Presiding

Approved as to form:

_____
Paul T. Morin, Applicant

_____
Ricardo Adobbati,
Attorney Ad litem for Minor Plaintiff

_____
Bridgett Robinson,
Attorney for Defendants