IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MATEA ELIZONDO, Individually and as Next friend of JOHN DOE, a minor | § § § | |
| Plaintiff | § § | |
| V. | § § | CIVIL ACTION NO. B 97 59 |
| HARLINGEN CONSOLIDATED INDEPENDENT SCHOOL DISTRICT DR. JAMES F. SMITH, Individually and in his Official Capacity as Superintendent of H.C.I.S.D, LEE MEANS, Individually and as Principal of Long Elementary School, and ALBERTO LOPEZ ALMANZA Individually and in his Official Capacity as an Instructor with H.C.I.S.D. | § § § § § § § § § § | |
| Defendants | § | |

## FINAL JUDGMENT

The above cause came on for hearing on September 24, 1998. In this cause, MATEA ELIZONDO, Individually and as Next friend of JOHN DOE, a minor are Plaintiffs, and HARLINGEN CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, LEE MEANS Individually and as Principal of Long Elementary School, ALBERTO LOPEZ ALMANZA Individually and in his Official Capacity as an Instructor with H.C.I.S.D., and DR. LINDA WADE Individually and in her Official Capacity as Former Superintendent of H.C.I.S.D. are Defendants.

Defendants LEE MEANS Individually and as Principal of Long Elementary School, ALBERTO LOPEZ ALMANZA Individually and in his Official Capacity as an Instructor with H.C.I.S.D., and DR. LINDA WADE Individually and in her Official Capacity as Former

Superintendent of H.C.I.S.D. were previously dismissed from the above-entitled and numbered action by Agreed Order between the parties, leaving only Defendant HARLINGEN CONSOLIDATED INDEPENDENT SCHOOL DISTRICT (hereinafter "HCISD") in the suit as the sole Defendant.

Plaintiff MATEA ELIZONDO appeared in person, individually and as next friend of Christopher Carmona, designated as JOHN DOE in this case. The minor JOHN DOE, appeared in person, through his next friend MATEA ELIZONDO, and by Attorney Ad Litem Ricardo Adobbatti, a member in good standing of the State Bar of Texas. Defendant HCISD appeared by and through its attorney of record, Bridget Robinson. All parties announced ready for trial. No jury having been demanded, all matters of fact and things in controversy were submitted to the Court, and the Court was informed that this lawsuit had been compromised and settled by agreement which is in full and final satisfaction of all Plaintiffs' causes of action, of any and all future claims, demands and expenses whatsoever that might accrue to Plaintiffs or to others by virtue of the incident involving JOHN DOE, a Minor, and the injuries and damages to MATEA ELIZONDO, Individually and as Next Friend of JOHN DOE, a Minor, and to JOHN DOE, a Minor, occurring on the date and occasion as set forth in Plaintiffs' First Amended Original Complaint.

After consideration of the pleadings, evidence, and arguments of counsel, the Court is of the opinion and finds that the liability of the Defendant is uncertain, doubtful, and disputed; that Plaintiff MATEA ELIZONDO and the Attorney Ad Litem are fully informed with respect to the facts of liability, the doubtful and disputed nature of the cause of action, and the nature and extent of the damages claimed; and that, with the knowledge of the cause of action as above said, the parties hereto have agreed to compromise and settle this cause of action for a certain sum in full settlement

of the respective claims of all parties.

The Court is further of the opinion and finds that the agreement to compromise and settle all claims, demands, and causes of action is reasonable, fair, and just. Therefore, the compromise agreement is approved.

The Court further finds the next friend, MATEA ELIZONDO, to be fit and proper to act in such capacity for JOHN DOE, the Minor Plaintiff. The Court further finds that Ricardo Adobbatti, as Attorney Ad Litem for the Minor Plaintiff, JOHN DOE, is fit and proper to act in such capacity.

The Court is further of the opinion and finds that JOHN DOE, the Minor Plaintiff, is entitled to certain sums in full settlement of all claims against Defendant HCISD, by reason of the pain and suffering sustained as a result of the alleged occurrence made the basis of this suit; and that MATEA ELIZONDO, Individually and as Next Friend of JOHN DOE, a Minor, is entitled to the sum of $1,500.00 in full settlement of all claims against Defendant HCISD, and by reason of the expenses incurred and to be incurred in the treatment of injuries sustained by the Minor Plaintiff in the occurrence made the basis of this suit.

It is therefore ORDERED by the Court that the Settlement Agreement and Release of the parties be and the same is hereby in all things approved and ratified.

It is further ORDERED by the Court that MATEA ELIZONDO, Individually and as Next Friend of JOHN DOE, a Minor, do have and recover from Defendant HCISD, the sum of $1,500.00; however, because the Plaintiff is a minor without a legally appointed or qualified guardian of his person or estate within the State of Texas, the sum shall be paid by Defendant HCISD into the registry of this Court.

It is further ORDERED that the monies so paid into the registry of the Court be invested by

the clerk in either an interest bearing savings account or an interest bearing certificate of any savings and loan association domiciled in this state and insured by the Federal Savings & Loan Insurance Corporation, or invested in an interest-bearing time deposit in any bank doing business in this state and in which such deposits are insured by the Federal Deposit Insurance Corporation.

It is further ORDERED that the funds shall remain in one or more interest bearing account(s) until the minor Christopher Carmona reaches the age of eighteen (18). When Christopher Carmona reaches 18 years of age, he may present proper proof of identity and age to the Clerk of the Court and the Clerk shall release the principal and interest to Christopher Carmona without the necessity of further order of this Court. The Clerk of the Court is hereby notified that the minor Christopher Carmona was born on April 28, 1984 and has the following social security number: 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. The Clerk is also notified that all statements regarding the account established for the benefit of the minor Christopher Carmona should be sent to 1009 West Jefferson; Harlingen, Texas 78550.

The Court further finds that simultaneously with the entry of this Judgment, Defendant HCISD has paid in full the sum ordered to be paid hereunder to Plaintiff, MATEA ELIZONDO, Individually and as Next Friend of JOHN DOE, a Minor without any further obligation on the part of Defendant HCISD.

It is therefore ORDERED that Defendant HCISD be and is discharged from all liability to Plaintiffs by reason of the incident described in the pleadings on file herein and that no execution shall issue on this Judgment, such Judgment and costs of court having been fully paid.

It is further ORDERED by the Court that Ricardo Adobbatti, Attorney Ad Litem for the Minor Plaintiff, be and is hereby allowed a fee of $500.00, and that this fee shall be paid by the Plaintiff's attorney.

All costs of court are hereby taxed against the party incurring same.

SIGNED on this 3 day of July, ~~1998~~ 1999.

_____
UNITED STATES DISTRICT JUDGE

**AGREED**:

LAW OFFICE OF PAUL T. MORIN, P.C.
503 West 14th Street
Austin, Texas 78701
TELEPHONE: 512-499-8200
FACSIMILE: 512-499-8203

By: _____
Paul T. Morin
State Bar No. 14460550

ATTORNEY FOR PLAINTIFF MATEA
ELIZONDO, INDIVIDUALLY AND AS
NEXT FRIEND OF JOHN DOE, A MINOR

WALSH, ANDERSON, BROWN,
  SCHULZE & ALDRIDGE, P.C.
P.O. Box 2156
Austin, Texas 78768
TELEPHONE: 512-454-6864
FACSIMILE: 512-467-9318

By: _____
Bridget Robinson
State Bar No. 17086800
Federal Admission No. 16521

ATTORNEYS FOR DEFENDANTS

LAW OFFICES OF RICARDO ADOBBATI
134 East Price Road
Brownsville, Texas 78521
TELEPHONE: 956-544-6881

By: _____
Ricardo Adobbati
State Bar No. 00790208
Federal Adm. No. 18158

ATTORNEY AD LITEM

PAGE -5-