33

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MATEA ELIZONDO, Individually and as Next friend of JOHN DOE, a minor<br><br>    Plaintiff<br><br>V.<br><br>HARLINGEN CONSOLIDATED INDEPENDENT SCHOOL DISTRICT DR. JAMES F. SMITH, Individually and in his Official Capacity as Superintendent of H.C.I.S.D, LEE MEANS, Individually and as Principal of Long Elementary School, and ALBERTO LOPEZ ALMANZA Individually and in his Official Capacity as an Instructor with H.C.I.S.D.<br><br>    Defendants | §§§§§§§§§§§§§§§§§<br><br>CIVIL ACTION NO. B 97 59 |

United States District Court
Southern District of Texas
ENTERED

FEB 0 4 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

## AGREED ORDER OF DISMISSAL WITH PREJUDICE
## AS TO THE INDIVIDUAL DEFENDANTS

As evidenced by the signatures of the parties' counsel below, Plaintiff MATEA ELIZONDO, Individually and as Next friend of JOHN DOE, a minor, has agreed to DISMISS WITH PREJUDICE the following Defendants: LEE MEANS Individually and as Principal of Long Elementary School, ALBERTO LOPEZ ALMANZA Individually and in his Official Capacity as an Instructor with H.C.I.S.D., and DR. LINDA WADE Individually and in her Official Capacity as Former Superintendent of H.C.I.S.D.

It is therefore ORDERED that the above-entitled and numbered action is dismissed with prejudice as to Defendants LEE MEANS Individually and as Principal of Long Elementary School,

ALBERTO LOPEZ ALMANZA Individually and in his Official Capacity as an Instructor with H.C.I.S.D., and DR. LINDA WADE Individually and in her Official Capacity as Former Superintendent of H.C.I.S.D. Defendant DR. JAMES F. SMITH was previously dismissed from this suit in both his Individual and his Official Capacity as Former Superintendent of H.C.I.S.D.

It is further ORDERED that Plaintiff and Defendants take nothing by their respective claims and that all such claims be dismissed with prejudice to refiling same, that each party bear their respective costs of court, and that Plaintiff's attorney pay all costs and fees incurred by the Court-appointed Attorney Ad Litem.

SIGNED on this 3 day of July, 1999.

_____
UNITED STATES DISTRICT JUDGE

**AGREED:**

| | |
|---|---|
| LAW OFFICE OF PAUL T. MORIN, P.C. | WALSH, ANDERSON, BROWN, |
| 503 West 14th Street | SCHULZE & ALDRIDGE, P.C. |
| Austin, Texas 78701 | P.O. Box 2156 |
| TELEPHONE: 512-499-8200 | Austin, Texas 78768 |
| FACSIMILE: 512-499-8203 | TELEPHONE: 512-454-6864 |
| | FACSIMILE: 512-467-9318 |

By: _____
Paul T. Morin
State Bar No. 14460550

By: _____
Bridget Robinson
State Bar No. 17086800
Federal Admission No. 16521

ATTORNEY FOR PLAINTIFF MATEA ELIZONDO, INDIVIDUALLY AND AS NEXT FRIEND OF JOHN DOE, A MINOR

ATTORNEYS FOR DEFENDANTS

PAGE -2-

LAW OFFICES OF RICARDO ADOBBATI
134 East Price Road
Brownsville, Texas 78521
TELEPHONE: 956-544-6881

By: _____
    Ricardo Adobbati
    State Bar No. 00790208
    Federal Adm. No. 18158

ATTORNEY AD LITEM