Civil
B9759

United States District Court
Southern District of Texas
FILED
MAY 0 2 2002
Michael N. Milby
Clerk of Court

34

To whom it may Concern

My name is Christopher Carmona my date of birth is 4/28/84 I have already reached 18 Years old and would like My money of 1,500.00 and accured Intrest please.

Thank You
Christopher Carmona

5/02/02

United States District Court
Southern District of Texas
RECEIVED
MAY 0 2 2002
Michael N. Milby, Clerk of Court

Please mail check to
1009 W. Jefferson
Harlingen TX. 78550



