IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

Brownsville

~~HOUSTON~~ DIVISION

United States District Court
Southern District of Texas
ENTERED

**MAY 22 2002**

Michael N. Milby Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Matea Elizondo, et al. | § | |
|     Plaintiff(s), | § | |
| | § | |
| VS. | § | B-97-59 |
| HCISD, et al | § | |
|     Defendant(s). | § | |

### ORDER FOR DISBURSEMENT OF MINOR'S FUND

Before the Court is an application to withdraw funds held in the Court's Registry. The funds were originally deposited into the Registry because Christopher Carmona was a minor child. The minor has now provided satisfactory evidence that he has reached the age of majority and is now entitled to the funds.

It is, therefore, **ORDERED, ADJUDGED AND DECREED** that the Clerk disburse and deliver to Christopher Carmona , social security number 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 , the principal $1,500.00, plus accrued interest, held in the Court's Registry for his account, pursuant to the Final Judgment and any other Court Order entered in this case. The proceeds shall be sent to the following address:

1009 W. Jefferson
Harlingen, TX 78550

**DONE** at , Texas this the 22 day of May , 2002

_____
**UNITED STATES DISTRICT JUDGE**